UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER RYAN HUBBLE,<br><br>    Petitioner,<br>v.<br><br>RENEE BAKER, et al.,<br><br>    Respondents. | Case No. 3:19-cv-00124-LRH-WGC<br><br>ORDER |

Petitioner Christopher Ryan Hubble has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Hubble filed a response to this court's order to show cause and file proof to demonstrate that the petition was timely filed (*see* ECF Nos. 2, 3, 4). As a response by respondents may assist the court in resolving the timeliness issue, the petition shall be served on respondents. Respondents shall file a response within 30 days of the date of this order.

**IT IS THEREFORE ORDERED** that that the Clerk shall **ELECTRONICALLY SERVE** the petition (ECF No. 1) on the respondents.

**IT IS FURTHER ORDERED** that the Clerk shall add Aaron D. Ford, Nevada Attorney General, as counsel for respondents.

**IT IS FURTHER ORDERED** that respondents shall file a response to the show-cause order within **30 days** of service of the petition.

DATED this 28th day of May, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1